```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

**UNITED STATES OF AMERICA,**

              **Plaintiff,**

     - against -

**THE HOOVER COMPANY,**

              **Defendant.**

───────────────────────────────

                                  21-mc-20 (JGK)

                                  <u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The government should resubmit its motion without the numerous technological and typographical errors.

**SO ORDERED.**

**Dated:**    New York, New York
           January 15, 2021

                                                    /s/ John G. Koeltl
                                                       John G. Koeltl
                                        **United States District Judge**