UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE HOOVER COMPANY,<br>　　　　Defendant. | 1:21-mc-20<br><br>(Originally Civil Action No. 131-68) |

### ORDER TERMINATING FINAL JUDGMENT

　　The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

　　**ORDERED, ADJUDGED, AND DECREED:**

　　That said final judgment is hereby terminated.


Dated: _January 20, 2021_　　　　　　　　　　　_/s/ John G. Koeltl_
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　Southern District of New York